# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SWORD, TERRY LEE                         §   Case No. 14-82627
                                                §
                                                §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JOSEPH D. OLSEN</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

 The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

 Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 07/22/2015 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  07/01/2015            By:  /s/JOSEPH D. OLSEN
                                                                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SWORD, TERRY LEE § Case No. 14-82627
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 39,900.00 |
| *and approved disbursements of* | $ 4,554.28 |
| *leaving a balance on hand of* [1] | $ 35,345.72 |
| **Balance on hand:** | $ 35,345.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 35,345.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 4,740.00 | 0.00 | 4,740.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 129.98 | 0.00 | 129.98 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,443.50 | 0.00 | 2,443.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 7,313.48 |
| Remaining balance: | $ 28,032.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 28,032.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 28,032.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,822.38 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 4,260.90 | 0.00 | 4,260.90 |
| 2 | Capital One Bank (USA), N.A. | 4,326.01 | 0.00 | 4,326.01 |
| 3 | Alliance Disaster Cleanup | 0.00 | 0.00 | 0.00 |
| 4 | Quantum3 Group LLC as agent for | 1,360.03 | 0.00 | 1,360.03 |
| 5 | PYOD, LLC its successors and assigns as assignee | 4,449.43 | 0.00 | 4,449.43 |
| 6 | Capital Recovery V, LLC | 2,768.25 | 0.00 | 2,768.25 |
| 7 | Capital Recovery V, LLC | 2,842.80 | 0.00 | 2,842.80 |
| 8 | Capital Recovery V, LLC | 123.46 | 0.00 | 123.46 |
| 9 | Synchrony Bank | 4,691.50 | 0.00 | 4,691.50 |

**UST Form 101-7-NFR (10/1/2010)**

|   |   | Total to be paid for timely general unsecured claims: | $ | 24,822.38 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 3,209.86 |

Tardily filed claims of general (unsecured) creditors totaling $ 9,150.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 35.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Alliance Disaster Cleanup | 9,150.31 | 0.00 | 3,209.86 |
|   | Total to be paid for tardy general unsecured claims: | | $ | 3,209.86 |
|   | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
|   | Total to be paid for subordinated claims: | | $ | 0.00 |
|   | Remaining balance: | | $ | 0.00 |

Prepared By:  /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 14-82627-TML
Terry Lee Sword                                           Chapter 7
        Debtor
                        CERTIFICATE OF NOTICE
District/off: 0752-3         User: kkrystave        Page 1 of 1         Date Rcvd: Jul 01, 2015
                             Form ID: pdf006        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2015.
db             +Terry Lee Sword,    3007 Emily Lane,    Mc Henry, IL 60051-4551
22322988       +Alliance Disaster Cleanup,    Bankruptcy Dept.,    574 Wheeling Road,    Wheeling,IL 60090-4744
22322980      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                  Richmond,VA 23285)
22322987       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 24696,    Columbus,OH 43224-0696
22556698        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22322984       +THD/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls,SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22322982       +E-mail/Text: bk.notifications@jpmchase.com Jul 02 2015 01:56:24      CHASE,
                 Attn: Bankruptcy Dept.,    Po Box 901076,    Ft Worth,TX 76101-2076
22766204        E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2015 01:47:23      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22322986       +E-mail/Text: ebnsterling@weltman.com Jul 02 2015 01:56:23      KAY Jewelers,
                 Attn: Bankruptcy Dept.,    375 Ghent Rd,    Fairlawn,OH 44333-4600
22760561       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2015 01:47:37
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22671248        E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2015 01:56:37
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
22322983       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:01      Syncb/Dicks,
                 Attn: Bankruptcy Dept.,    Po Box 965005,    Orlando,FL 32896-5005
22322979       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:01      Syncb/Lowes,
                 Attn: Bankruptcy Dept.,    Po Box 965005,    Orlando,FL 32896-5005
22322978       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:33      Syncb/Meijer,
                 Attn: Bankruptcy Dept.,    Po Box 965005,    Orlando,FL 32896-5005
22322981       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:18      Syncb/Oldnavydc,
                 Attn: Bankruptcy Dept.,    Po Box 965005,    Orlando,FL 32896-5005
22771432        E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:18      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22322985*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                  Richmond,VA 23285)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2015 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Jason K Nielson    on behalf of Debtor Terry Lee Sword ndil@geracilaw.com
          Joseph D Olsen    on behalf of Accountant Curtis D Klecker Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                            TOTAL: 6
```