**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SWORD, TERRY LEE                              § Case No. 14-82627
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $107,107.00                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $28,032.37     Claims Discharged
                                                Without Payment: $13,025.86

Total Expenses of Administration: $11,867.63

---

   3) Total gross receipts of $ 39,900.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $39,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.13 | $0.13 | $0.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,867.63 | 11,867.63 | 11,867.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,085.41 | 7,085.41 | 7,085.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 51,177.17 | 33,972.69 | 20,946.83 |
| **TOTAL DISBURSEMENTS** | $0.00 | $70,130.34 | $52,925.86 | $39,900.00 |

4) This case was originally filed under Chapter 7 on August 26, 2014. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2016          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 33 unimproved acres in AR | 1210-000 | 39,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$39,900.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Izard County Abstract | 4700-000 | N/A | 0.13 | 0.13 | 0.13 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.13** | **$0.13** | **$0.13** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,740.00 | 4,740.00 | 4,740.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 129.98 | 129.98 | 129.98 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,443.50 | 2,443.50 | 2,443.50 |
| Izard County Abstract | 3510-000 | N/A | 2,394.00 | 2,394.00 | 2,394.00 |
| Izard County Abstract | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Izard County Abstract | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Izard County Abstract | 2500-000 | N/A | 343.00 | 343.00 | 343.00 |
| Izard County Abstract | 2820-000 | N/A | 66.00 | 66.00 | 66.00 |
| Rabobank, N.A. | 2600-000 | N/A | 30.09 | 30.09 | 30.09 |
| Department of Finance and Administration | 2820-000 | N/A | 215.00 | 215.00 | 215.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 625.00 | 625.00 | 625.00 |
| Rabobank, N.A. | 2600-000 | N/A | 49.52 | 49.52 | 49.52 |
| Benning Group, LLC | 3310-000 | N/A | 550.00 | 550.00 | 550.00 |
| Rabobank, N.A. | 2600-000 | N/A | 55.47 | 55.47 | 55.47 |
| Rabobank, N.A. | 2600-000 | N/A | 51.07 | 51.07 | 51.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$11,867.63** | **$11,867.63** | **$11,867.63** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Bankruptcy Court | 5200-001 | N/A | 7,085.41 | 7,085.41 | 7,085.41 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$7,085.41** | **$7,085.41** | **$7,085.41** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 4,260.90 | 4,260.90 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 4,326.01 | 4,326.01 | 0.00 |
| 3 | Alliance Disaster Cleanup | 7100-000 | N/A | 17,204.48 | 0.00 | 0.00 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,360.03 | 1,360.03 | 1,122.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 4,449.43 | 4,449.43 | 3,671.40 |
| 6 | Capital Recovery V, LLC | 7100-000 | N/A | 2,768.25 | 2,768.25 | 2,284.19 |
| 7 | Capital Recovery V, LLC | 7100-000 | N/A | 2,842.80 | 2,842.80 | 2,345.71 |
| 8 | Capital Recovery V, LLC | 7100-000 | N/A | 123.46 | 123.46 | 101.87 |
| 9 | Synchrony Bank | 7100-000 | N/A | 4,691.50 | 4,691.50 | 3,871.15 |
| 10 | Alliance Disaster Cleanup | 7100-000 | N/A | 9,150.31 | 9,150.31 | 7,550.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $51,177.17 | $33,972.69 | $20,946.83 |

Case 14-82627    Doc 50    Filed 01/28/16    Entered 01/28/16 14:59:30    Desc Main
Document    Page 5 of 8

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82627  
**Case Name:** SWORD, TERRY LEE

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/26/14 (f)  
**§341(a) Meeting Date:** 09/25/14

**Period Ending:** 01/08/16

**Claims Bar Date:** 01/02/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  3007 Emily Lane - residence | 95,000.00 | 0.00 | | 0.00 | FA |
| 2  Chase - svg. acct | 2.00 | 0.00 | | 0.00 | FA |
| 3  Chase - ckg acct. | 5.00 | 0.00 | | 0.00 | FA |
| 4  HHGS/furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 6  2000 Ford Ranger | 1,100.00 | 0.00 | | 0.00 | FA |
| 7  Chase - 2010 Kia Soul | 9,950.00 | 0.00 | | 0.00 | FA |
| 8  33 unimproved acres in AR (u) | 0.00 | 39,600.00 | | 39,900.00 | FA |
| **8 Assets Totals** (Excluding unknown values) | **$107,107.00** | **$39,600.00** | | **$39,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015        **Current Projected Date Of Final Report (TFR):**    May 15, 2015  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82627  
**Case Name:** SWORD, TERRY LEE  

**Taxpayer ID #:** **-***2518  
**Period Ending:** 01/08/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/12/15 | | Izard County Abstract | Sale of 33 acres in Mt. Pleasant, AR | | | 36,921.87 | | 36,921.87 |
| | {8} | | | 39,900.00 | 1210-000 | | | 36,921.87 |
| | | | Commission | -2,394.00 | 3510-000 | | | 36,921.87 |
| | | | Closing fee | -125.00 | 2500-000 | | | 36,921.87 |
| | | | Deed Preparation | -50.00 | 2500-000 | | | 36,921.87 |
| | | | Title Insurance | -343.00 | 2500-000 | | | 36,921.87 |
| | | | State Tax | -66.00 | 2820-000 | | | 36,921.87 |
| | | | County taxes<br>1/1/15-1/2/15 | -0.13 | 4700-000 | | | 36,921.87 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.09 | 36,891.78 |
| 02/26/15 | 101 | Department of Finance and Administration | Tax Form AR1002V /Form AR1002NR - EIN 30-6452518 | | 2820-000 | | 215.00 | 36,676.78 |
| 02/26/15 | 102 | Illinois Department of Revenue | EIN 30-6452518 Form IL-1041 year ended 1/31/15 | | 2820-000 | | 625.00 | 36,051.78 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 49.52 | 36,002.26 |
| 03/31/15 | 103 | Benning Group, LLC | Per Ct. Ord of 3/30/15 to pay accts | | 3310-000 | | 550.00 | 35,452.26 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.47 | 35,396.79 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 51.07 | 35,345.72 |
| 08/26/15 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,443.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 2,443.50 | 32,902.22 |
| 08/26/15 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $129.98, Trustee Expenses;  Reference: | | 2200-000 | | 129.98 | 32,772.24 |
| 08/26/15 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,740.00, Trustee Compensation;  Reference: | | 2100-000 | | 4,740.00 | 28,032.24 |
| 08/26/15 | 107 | Quantum3 Group LLC as agent for | Dividend paid 82.51% on $1,360.03; Claim# 4; Filed: $1,360.03; Reference: | | 7100-000 | | 1,122.22 | 26,910.02 |
| 08/26/15 | 108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 82.51% on $4,449.43; Claim# 5; Filed: $4,449.43; Reference: | | 7100-000 | | 3,671.40 | 23,238.62 |
| 08/26/15 | 109 | Synchrony Bank | Dividend paid 82.51% on $4,691.50; Claim# 9; Filed: $4,691.50; Reference: | | 7100-000 | | 3,871.15 | 19,367.47 |
| 08/26/15 | 110 | Alliance Disaster Cleanup | Dividend paid 82.51% on $9,150.31; Claim# 10; Filed: $9,150.31; Reference: | | 7100-000 | | 7,550.29 | 11,817.18 |
| 08/26/15 | 111 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,2<br>Stopped on 12/01/15 | | 7100-004 | | 7,085.41 | 4,731.77 |
| 08/26/15 | 112 | Capital Recovery V, LLC | Combined Check for Claims#6,7,8 | | | | 4,731.77 | 0.00 |
| | | | Dividend paid 82.51% on $2,768.25;  Claim# 6; Filed: $2,768.25 | 2,284.19 | 7100-000 | | | 0.00 |

Subtotals :    $36,921.87    $36,921.87

{} Asset reference(s)

Printed: 01/08/2016 08:34 AM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-82627 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SWORD, TERRY LEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***2518 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 01/08/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 82.51%     2,345.71 on $2,842.80;  Claim# 7; Filed: $2,842.80 | 7100-000 | | | 0.00 |
| | | | Dividend paid 82.51%     101.87 on $123.46;  Claim# 8; Filed: $123.46 | 7100-000 | | | 0.00 |
| 12/01/15 | 111 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,2 Stopped: check issued on 08/26/15 | 7100-004 | | -7,085.41 | 7,085.41 |
| 12/01/15 | 113 | United States Bankruptcy Court | Turnover outstanding check re: Claim #1 and #2 | 5200-001 | | 7,085.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,921.87 | 36,921.87 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 36,921.87 | 36,921.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,921.87** | **$36,921.87** | |

|  |  |
|---|---|
| Net Receipts : | 36,921.87 |
| Plus Gross Adjustments : | 2,978.13 |
| Net Estate : | $39,900.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4166** | 36,921.87 | 36,921.87 | 0.00 |
| | **$36,921.87** | **$36,921.87** | **$0.00** |

{} Asset reference(s)                                                                                      Printed: 01/08/2016 08:34 AM    V.13.25